# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

QUISTORFF, APRIL LYNN,　　　　　　　　　　Case No.: 18-60342
　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.

## ORDER

David G. Velde, the Trustee in this matter, filed a Notice of Sale, Abandonment, Lease or Settlement on April 10, 2019. No objections were filed. Based upon all records herein,

IT IS ORDERED:

1. The Trustee's Notice of Sale, Abandonment, Lease or Settlement is approved.

2. The Trustee will settle the bankruptcy estate's interest in a preference to the Debtor's father in the amount of $8,000.00 for a lump sum payment of $4,000.00 from the Debtor.

Dated: *August 19, 2019*

　　　　　　　　　　　　　　　　　　*/e/ Michael E. Ridgway*
　　　　　　　　　　　　　　　　　　Michael E. Ridgway
　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/19/2019*
Lori Vosejpka, Clerk, by AMM

T:\BMSW\QUIKDOCS\18-60342\18-60342 order re 14.wpd